JOHN SEGARRA v. STATE FARM INSURANCE COMPANY.

March 21, 1988.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.  (See 108 *N.J.* 586)

TECHNISCAN CORPORATION v. PASSAIC VALLEY WATER COMMISSION.

March 21, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. JANET PILLOT.

March 21, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. JULIO G. ROMERO.

March 21, 1988.

Petition for certification denied.